May 15, 2012



# JUDGMENT

# Fourteenth Court of Appeals

NO. 14-11-00075-CV

DINAH PLANT AND FREEMAN GRAVITT AS NEXT FRIEND AND ON BEHALF OF JAMES GRAVITT, Appellants,

V.

CLEVELAND REGIONAL MEDICAL CENTER AND KEITH SPOONER, M.D., Appellees.

On Appeal from the 190th District Court
Harris County
Trial Court Cause No. 2008-52450

———————————

This cause, an appeal from the judgment in favor of appellees, Cleveland Regional Medical Center and Keith Spooner, M.D., signed July 21, 2010, was heard on the transcript of the record. We have inspected the record and find error in the judgment. We therefore order the judgment of the court below **REVERSED** and **REMAND** the cause for proceedings in accordance with the court's opinion.

We order appellees, Cleveland Regional Medical Center and Keith Spooner, M.D., jointly and severally, to pay all costs incurred in this appeal. We further order this decision certified below for observance.